**T. Fred Laramie, appellee, v. Yellow Cab Company, appellant. Gen. No. 29,876.**

Action to recover damage to automobile struck by defendant's taxicab. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Richard V. Carpenter, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

McGreaham, Blake & Sharp, for appellant; I. Harvey Levinson, of counsel. Joseph J. Kroupa, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Walter W. Ahlschlager, appellee, v. I. Irving Jordan, appellant. Gen. No. 29,918.**

Suit to recover balance due for fees as an architect. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. William J. Fulton, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Gottlieb, Schwartz & Markheim, for appellant; Harry Markheim and Claude A. Roth, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellee; Henry S. Moser, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Philip D. Kaplan, plaintiff in error, v. Isaac Stein, defendant in error. Gen. No. 29,163.**

Suit for an accounting on profit-sharing contract. Decree for certain amount to be paid to complainant. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed April 13, 1925.

Robert P. Burkhalter and Edwin White Moore, for plaintiff in error. Clithero, Van Schaick & Stevens, for defendant in error. Delbert A. Clithero, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Anna Holmes, appellee, v. Bertha M. Carra, appellant. Gen. No. 29,215.**

Suit for conversion by defendant of certain household goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Affirmed on remittitur; otherwise reversed and remanded. Opinion filed April 13, 1925. Rehearing denied April 27, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Henry L. Kane and Rose & Symmes, for appellant. Forest Garfield Smith, for appellee.

Mr. Justice Johnston delivered the opinion of the court.